UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 14, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HIMMAT SINGH KHALSA,<br><br>　　　　　Defendant. | Case No. 2:25-mj-00139-SCR<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  HIMMAT SINGH KHALSA,

Case No. 2:25-mj-00139-SCR , Charge 18 U.S.C. § 1349, from custody for the following reasons:

　__x__　Release on Personal Recognizance

　_____　Bail Posted in the Sum of $ _____

　　　　_____　Unsecured Appearance Bond $ _____

　　　　_____　Appearance Bond with 10% Deposit

　　　　_____　Appearance Bond with Surety

　　　　_____　Corporate Surety Bail Bond

　__x__　(Other): Release delayed until 10/15/2025 at 9:00 AM with terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on October 14, 2025, at 2:50 PM.

By: _/s/ Sean C. Riordan_____

Magistrate Judge Sean C. Riordan